**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7006**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CHRISTOPHER WILLIAM ODEN,

        Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:11-cr-00056-GMG-RWT-1)

Submitted:  October 15, 2015      Decided:  October 20, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher William Oden, Appellant Pro Se.  Shawn Angus Morgan, Assistant United States Attorney, Clarksburg, West Virginia; Erin K. Reisenweber, Assistant United States Attorney, Martinsburg, West Virginia; Stephen Donald Warner, Assistant United States Attorney, Elkins, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher William Oden appeals the district court's orders denying his motions for a sentence reduction and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Oden, No. 3:11-cr-00056-GMG-RWT-1 (N.D.W. Va., Mar. 30, 2015; May 26, 2015). We deny Oden's motion for resentencing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED